UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  CASE NO.: 18-12695-RAM
CHAPTER 13

LUIS SANCHEZ
aka Luis A. Sanchez,
    Debtor,

IRMA HERNANDEZ,
    Joint Debtor.
_____/

### PRELIMINARY RESPONSE TO OBJECTION TO CLAIM

DITECH FINANCIAL LLC fka GREEN TREE SERVICING LLC ("Secured Creditor"), by and through its undersigned attorney, hereby files its Preliminary Response to Objection to Claim ("Objection"), (DE #46) and in support thereof states as follows:

1. Secured Creditor timely filed its Proof of Claim, Claim No.1-1, on March 29, 2018.

2. On May 29, 2019, Debtors filed an Objection, asserting allegations opposing Secured Creditor's claim. Debtors assert they are paying the mortgage directly to the lender and the lender is not included in the Chapter 13 Plan. Debtors also assert that the mortgage is current and request to allow claim but with no distribution from the Chapter 13 Trustee.

3. Pursuant to Federal Rule of Bankruptcy Procedure 3001(f), a proof of claim (and, by extension, supplemental proof of claim) executed and filed in accordance with the Bankruptcy Rules "shall constitute prima facie evidence of the validity and amount of the claim."

4. As the Debtor do not contend Secured Creditor's claim was improperly executed or untimely filed under the Bankruptcy Rules, Secured Creditor maintains that the amount of its claim is accurate and correct as filed.

5. Secured Creditor does not object to an allowed claim with no distribution.

6. Secured Creditor reserves the right to supplement its Preliminary Response to Debtor's Objection at any time before or at the hearing.

      **WHEREFORE**, Secured Creditor respectfully requests that this Honorable Court overrules Debtors' objection and allows Secured Creditor's Proof of Claim as filed so as to preserve Secured Creditor's Claim, and for such other and further relief as the Court may deem just and proper.

ROBERTSON, ANSCHUTZ & SCHNEID, P.L.
Attorney for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
Telephone: 561-241-6901
Facsimile: 561-241-1969

By: /s/ April Harriott_____
April Harriott, Esquire
FBN: 37547
Email: aharriott@rasflaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 9, 2019, I caused to be electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

DEBTORS
Luis Sanchez
8806 NW 110 Lane
Hialeah, FL  33018

Irma Hernandez
8806 NW 110 Lane
Hialeah, FL  33018

DEBTORS COUNSEL
Ricardo Corona, Esq
3899 NW 7 St. Second Floor
Miami, FL  33126

TRUSTEE
Nancy K. Neidich
PO Box 279806
Miramar, FL  33027

US TRUSTEE
Office of the US Trustee
51 SW 1st Avenue
Suite 1204
Miami, FL  33130

By: /s/ April Harriott
April Harriott, Esquire
FBN: 37547
Email: aharriott@rasflaw.com